**UNITED STATES of America,**
**Appellee,**

v.

**Rolando GARCIA–LANDEROS, Legal**
**Name: Alfreo Garcia–Landeros,**
**Appellant.**

**No. 01–2685.**

United States Court of Appeals,
Eighth Circuit.

Submitted Dec. 21, 2001.

Filed Jan. 2, 2002.

Before HANSEN, FAGG, and BEAM,
Circuit Judges.

PER CURIAM.

Rolando Garcia–Landeros pleaded guilty to distributing methamphetamine in violation of 21 U.S.C. § 841(a)(1), and the district court* sentenced him to 60 months imprisonment and five years supervised release. In this direct criminal appeal, Garcia–Landeros challenges the court's denial of safety-valve relief.

We find no clear error, because the court's finding that Garcia–Landeros had not been forthcoming is supported by the testimony and exhibits introduced at sentencing. *See United States v. Tournier,* 171 F.3d 645, 647 (8th Cir.1999) (standard of review); *United States v. Santana,* 150 F.3d 860, 864 (8th Cir.1998) (defendant carries burden of demonstrating that he has truthfully provided to government before sentencing all information regarding relevant crime); *United States v. Velasquez,* 141 F.3d 1280, 1283 (8th Cir.) (affirming denial of safety-valve relief where there was extrinsic support for government's opinion that defendant had not been fully truthful), *cert. denied,* 525 U.S. 897, 119 S.Ct. 223, 142 L.Ed.2d 183 (1998).

Accordingly, we affirm.

---

* The Honorable Joseph F. Bataillon, Untied States District Judge for the District of Nebraska.